**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO**

IN RE:

**WARREN STUART ACEVEDO HERNANDEZ**

**Debtor(s)**

CASE NO. 15-05744

**Chapter 12**

**FILED & ENTERED ON 09/22/2015**

## ORDER

Debtors' Emergency Motion requesting authorization to use cash collateral filed on 9/11/2015 (Dkt. No. 29) is hereby granted. The Debtor is authorized the use the cash collateral as provided in the Budget submitted by the Debtor that is made part of this Order and authorizes de the use of cash collateral subject to the following conditions:

1. Use of Cash Collateral is hereby authorized up to $34,623.88 for the Month of September 2015; and $34,623.88 for the month October 2015.

2. The Cash Collateral is authorized up to the amounts included in the projections included with this Order.

3. The Debtor will pay the amount of $1,000.00 each Friday during the period of authorized cash collateral. The payments will be made on September 18, 25; and October 2, 9, 16, 23 and 30.

The Debtor is allowed to make the expenses as projected in the budget submitted and included in this Order.

1

Full accounting in writing, along with supporting evidence of the use of the funds, will be submitted to the Court on a weekly basis, stating the purpose of the expenditure, to whom it was paid, the date and the amount, with copy of this statement to be provided to the Trustee and the Bank. Furthermore, this weekly report shall also include the number of cows in production, the percentage of the milk quota being produced, and the number of cows that are resting. This order will become final and effective immediately upon being entered on docket.

SO ORDERED

San Juan, Puerto Rico, this 22nd day of September, 2015.

Brian K. Tester
U.S. Bankruptcy Judge

2